UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 2:11-CR-7-1M

| United States Of America | ) | JUDGMENT |
|---|---|---|
| vs. | ) | |
| William Derek Hopkins | ) | |

On November 9, 2011, William Derek Hopkins appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 2252(a)(2), Receipt of Child Pornography, was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for life upon release from imprisonment. William Derek Hopkins was released from custody and the term of supervised release commenced on November 22, 2019.

On January 11, 2021, the case was reassigned to the Honorable Richard E. Myers II, Chief U.S. District Judge.

From evidence presented at the revocation hearing on March 17, 2021, the court finds as a fact that William Derek Hopkins, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a mental health/sex offender program.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of Time Served.

**IT IS FURTHER ORDERED** that upon release from custody the defendant be placed on supervised release for a term of Life which will include the conditions previously imposed by the court and the following additional conditions:

1. The defendant shall be held in custody until arrangements can be made for the defendant's transportation to South Carolina.

2. The Court and U.S. Probation Office shall make necessary arrangements to transfer supervision to the District of South Carolina.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 17th day of March, 2021.

Richard E. Myers II
Chief District Judge